UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EVA LAMBOY,

                          Plaintiff,

- against -

2 BROADWAY LLC, 80 PINE LLC, 90 CHURCH
STREET LIMITED PARTNERSHIP, AMBIENT
GROUP, INC., BELFOR USA GROUP, INC.,
BOSTON PROPERTIES, INC., COGSWELL
REALTY GROUP, COLLIERS ABR INC,
HILLMAN ENVIRONMENTAL GROUP, LLC, J.P.
MORGAN CHASE CORPORATION, RUDIN
MANAGEMENT CO. INC., STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., VERIZON COMMUNICATIONS,
INC., VERIZON NEW YORK, INC, VERIZON
PROPERTIES, INC., WELLS 60 BROAD STREET
LLC, AND WELLS REAL ESTATE FUNDS, ET AL

                          Defendants.
------------------------------------------------------------X

Case No.: 07 Civ. 01644 (AKH)

**STIPULATION AND ORDER**

ALVIN K. HELLERSTEIN, U.S.D.J.:

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiff and for defendants WELLS 60 BROAD STREET LLC and WELLS REAL ESTATE FUNDS (together, the "Wells Defendants"), that whereas neither Plaintiff nor either of the Wells Defendants is an infant, incompetent person for whom a committee has been appointed, or conservatee, that the above-captioned action, and each and every claim asserted therein by Plaintiff against the Wells Defendants shall be, and the same hereby are, dismissed without prejudice, with each party to bear its own costs, and

      **IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of this action by which Plaintiff establishes that the either of the Wells Defendants is a proper party to this action, then Plaintiff may reinstitute the action against said defendant(s), without

NEWY1\8131212.3

regard to the applicable statute(s) of limitations, provided, however, the cause(s) of action asserted against the Wells Defendants would have been timely had it been asserted as of the date on which this action was filed, i.e., May 25, 2007, and in such instance (and only in such instance), said defendant(s) shall not assert as a defense the applicable statute(s) of limitations; and

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed by facsimile, and for the purposes of this Stipulation, copies of signatures shall suffice as originals.

Dated: New York, New York
August 8, 2007

| DLA PIPER US LLP | WORBY GRONER EDELMAN & NAPOLI BERN, LLP |
|---|---|
| By: /s/ Carolyn A. Dizon  <br>Todd B. Marcus (TM-5404)  <br>Carolyn A. Dizon (CD-9854)  <br>1251 Avenue of the Americas  <br>New York, New York 10020  <br>(212) 335-4500  <br>*Attorneys for Defendants*  <br>*Wells 60 Broad Street LLC and*  <br>*Wells Real Estate Funds* | By: /s/  <br>Christopher R. LoPalo, Esq. (CL-6466)  <br>115 Broadway 12th Floor  <br>New York, NY 10006  <br>(212) 267-3700  <br>*Attorneys for Plaintiff* |

**PURSUANT TO THE STIPULATION, IT SO ORDERED.**

Dated: New York, New York
August 10, 2007

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge