**Frank A. Scanga, Esq. (FS 1460)**
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

**Attorney for Defendants: Cogswell Realty Group LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102(AKH)

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)

FEDERAL CIVIL
RULE 7.1 DISCLOSURE
STATEMENT

07CV01644

IN WHICH THE COGSWELL REALTY GROUP
LLC PARTY IS A DEFENDANT
-----------------------------------------------------------------X

SIRS:

    Defendant, Cogswell Realty Group LLC, by their attorney, Frank A. Scanga, Esq, is a privately held company. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
        September 6, 2007

                                  FRANK A. SCANGA, ESQ.
                                  Attorney for Defendants,
                                  Cogswell Realty Group LLC
                                  477 Madison Avenue
                                  21st Floor
                                  New York, New York 10022
                                  (212) 758-4040

                By: _____
                         Frank A. Scanga (FS 1460)