UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
*IN RE: WORLD TRADE CENTER LOWER*          :     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
                                                           :     **ORDER**
-----------------------------------------------------------X
                                                           :     Hon. Alvin K. Hellerstein
THIS DOCUMENT APPLIES TO ALL CASES    :
IN THE WORLD TRADE CENTER LOWER        :
MANHATTAN DISASTER SITE LITIGATION    :
IN WHICH BELFOR USA GROUP, INC. IS A      :
DEFENDANT                                              :
-----------------------------------------------------------X

**THIS MATTER** comes before me upon motion of the Defendant Belfor USA Group,

Inc. to permit Thomas R. Harrington, Esquire, a member in good standing of the Bar of the

Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle

Districts of Pennsylvania, and the Third Circuit, to appear and conduct proceedings in the above-

entitled case *pro hac vice.*

SAID MOTION, having duly come to be heard before this court on the __2 4__ day of

__Sep__, 2007, at the United States District Court for the Southern District of New York,

and, at the aforesaid time and place, the Defendants having duly appeared by and through their

counsel, Cozen O'Connor, in support of said Motion, and there being no opposition to the

aforesaid Motion, and the parties having agreed and consented to an Order in the case,

NOW, upon the Motion to Admit Counsel *Pro Hac Vice* dated August 15, 2007, the

Affidavit of Thomas R. Harrington, Esquire, sworn to on August 15, 2007, the Affirmation of

James F. Desmond, Jr., Esquire dated August 15, 2007, and upon all the pleadings and

proceedings heretofore had herein and due deliberation having been and hereon, it is hereby,

6

ORDERED that the Defendant's motion to have Thomas R. Harrington, Esquire admitted

to practice law in the United States District Court for the Southern District of New York *pro hac*

*vice* in connection with the above-captioned case is GRANTED.  Counsel is directed to

immediately apply for an ECF password at www.nysd.uscourts.gov and shall forward the *pro*

*hac vice* fee to the Clerk of the Court.

DATED: 9/24/27

U.S.D.J.

7